```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 44350
   MARVIN D HARRIS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-8235


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/05/2005 and was confirmed 01/26/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/18/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE   SECURED           20648.39           .00         13307.99
CAPITAL ONE AUTO FIN       UNSECURED         NOT FILED          .00              .00
TRIAD FINANCIAL CORP       SECURED           16082.70           .00         11092.98
TRIAD FINANCIAL CORP       UNSECURED         NOT FILED          .00              .00
AMERICAN SERVICING COMPA   CURRENT MORTG          .00           .00              .00
AMERICAN SERVICING COMPA   MORTGAGE ARRE          .00           .00              .00
AMERICAN SERVICING COMPA   CURRENT MORTG          .00           .00              .00
AMERICAN SERVICING COMPA   MORTGAGE ARRE          .00           .00              .00
CITY OF CHICAGO DEPT OF    PRIORITY          NOT FILED          .00              .00
INTERNAL REVENUE SERVICE   PRIORITY            696.20           .00              .00
US DEPT OF EDUCATION       SECURED                .00           .00              .00
CAPITAL ONE AUTO FIN       UNSECURED         NOT FILED          .00              .00
CITY OF CHICAGO            UNSECURED         NOT FILED          .00              .00
TRIAD FINANCIAL CORP       UNSECURED         NOT FILED          .00              .00
CITY OF CHICAGO WATER DE   PRIORITY          NOT FILED          .00              .00
INTERNAL REVENUE SERVICE   UNSECURED             4.35           .00              .00
ABS LEGAL SERVICES         DEBTOR ATTY         720.00                          720.00
TOM VAUGHN                 TRUSTEE                                           1,766.03
DEBTOR REFUND              REFUND                                                 .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                26,887.00

PRIORITY                                            .00
SECURED                                       24,400.97
UNSECURED                                           .00
ADMINISTRATIVE                                   720.00
TRUSTEE COMPENSATION                           1,766.03
DEBTOR REFUND                                       .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 44350 MARVIN D HARRIS
```

```
                               ---------------      ---------------
TOTALS                              26,887.00            26,887.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 12/22/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 05 B 44350 MARVIN D HARRIS